NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RICOH COMPANY, LTD. PATENT LITIGATION

---

**SYNOPSYS, INC.,**
*Plaintiff-Appellee,*

**v.**

**RICOH COMPANY, LTD.,**
*Defendant-Appellant.*

---

**RICOH COMPANY, LTD.,**
*Plaintiff-Appellant,*

**v.**

**AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL, INC., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,**
*Defendants-Appellees.*

---

2010-1415

---

Appeal from the United States District Court for the Northern District of California in No. 03-CV-2289, Judge

James Ware.

---

## JUDGMENT

---

CARTER G. PHILLIPS, Sidley Austin, LLP, of Washington, DC, argued for plaintiff-appellee and defendants-appellees. With him on the brief for plaintiff-appellee were RICHARD D. KLINGLER and RACHEL H. TOWNSEND. Also on the brief were RON E. SHULMAN, TERRENCE J.P. KEARNEY and RICHARD G. FRENKEL, Wilson Sonsini Goodrich & Rosati, of Palo Alto, California, for plaintiff-appellee and defendants-appellees.

GARY M. HOFFMAN, Dickstein Shapiro LLP, of Washington, DC, argued for defendant-appellant and plaintiff-appellant. With him on the brief were KENNETH W. BROTHERS and ERIC OLIVER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and PROST, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

March 8, 2011     /s/ Jan Horbaly
Date            Jan Horbaly
                   Clerk